**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MIKHAIL GOLOVERYA**<br><br>**v.**<br><br>**JL JAMISON, *et al.*** | **CIVIL ACTION**<br><br>**No. 26-4096** |

# AMENDED ORDER

**AND NOW**, this 4th day of August, 2026, upon a petition by Mikhail Goloverya for a writ of habeas corpus, the opposition thereto and Goloverya's reply, it is hereby **ORDERED**:

1) For the reasons in the accompanying memorandum, the petition is **GRANTED**.

2) Respondents are **ORDERED** to restore the conditions of Goloverya's prior supervisory release.

3) The Clerk shall **CLOSE** this case.

**BY THE COURT:**

/s/ Catherine Henry

**CATHERINE HENRY, J.**